## First District.

Morris Paper Mills, appellee, v. Walter A. Gatzert and Modie J. Spiegel, appellants.  Gen. No. 36,658.

Opinion filed June 20, 1934.

Samuel A. and Leonard B. Ettelson, for appellants; Edward C. Higgins, of counsel.  Taylor, Miller, Busch & Boyden, for appellee; Orville J. Taylor, Preston Boyden and Paul C. Hodge, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Morris Paper Mills, appellee, v. Walter A. Gatzert, appellant.  Gen. No. 36,659.

Opinion filed June 20, 1934.

Samuel A. and Leonard B. Ettelson, for appellant; Edward C. Higgins, of counsel.  Taylor, Miller, Busch & Boyden, for appellee; Orville J. Taylor, Preston Boyden and Paul C. Hodge, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

James H. McQueeny, trading as McQueeny's Investigating Agency, appellant, v. Charles S. Deneen, appellee.  Gen. No. 36,725.

Opinion filed June 20, 1934.  Rehearing denied July 9, 1934.

Lee D. Mathias, for appellant.  Roy Massena, for appellee; Marshall A. Pipin, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Lyman B. Mansell, appellant, v. Lord Lumber and Fuel Company, appellee.  Gen. No. 36,768.